# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMYUNG TAYLOR, | NO. CV 12-1010 ODW (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MAURICE JUNIOUS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 3, 2012.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE